UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL TCHERNITSKY, a/k/a,
PAUL CZERNICKI,

                    Plaintiff,

-against-

COMP USA,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2031 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ June 28 2005 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 24, 2005, dismissing plaintiff's complaint for lack of subject matter jurisdiction; directing that plaintiff may seek to pursue this matter through the State Court; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's complaint is dismissed for lack of subject matter jurisdiction; that plaintiff may seek to pursue this matter through the State Court; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
        June 27, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court